FREDERIC M. RICHARDS ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WILTON ET AL.

The defendants' petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Robert A. Fuller,* in support of the petition.

Submitted February 5—decided February 19, 1975

STATE OF CONNECTICUT *v.* PAUL L. BLAWIE ET AL.

The defendants' petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Anthony T. Varone,* in support of the petition.

Submitted February 10—decided February 19, 1975